WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

OCT 22 2012

TONY R. M00RE, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JERROD JOHNSON<br>LA. DOC #542543 | CIVIL ACTION NO. 5:12-CV-2134 |
| VERSUS | SECTION P |
| | JUDGE DONALD E. WALTER |
| TIM KEITH, WARDEN | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections and amended objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's petition for write of habeas corpus pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. § 2254(d).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 22 day of October, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE