U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

JAN 11 2013

TONY R. MO___ ___RK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JERROD D. JOHNSON | CIVIL ACTION NO. 5:12CV2134 |
| VERSUS | JUDGE WALTER |
| WARDEN WINN CORR. CENTER | MAGISTRATE JUDGE HAYES |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 11 day of Jan, 2013.

Donald E. Walter
UNITED STATES DISTRICT JUDGE