RECEIVED

MAR 10 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JERROD JOHNSON | CIVIL ACTION NO: 12-2134 |
| VERSUS | JUDGE DONALD E. WALTER |
| TIM KEITH, WARDEN | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Supplemental Reports and Recommendations of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections and supplemental objections to the Supplemental Reports and Recommendations in the record;

**IT IS ORDERED** that petitioner's writ of habeas corpus pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. § 2244(d).

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2253(c), a Certificate of Appealability is **DENIED**.

**THUS DONE AND SIGNED**, this 10 day of March, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE